UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
MICHELLE TENZER-FUCHS,                       :   2:20-cv-03917
:
                            Plaintiff,       :
:   **NOTICE OF SETTLEMENT**
           -against-                          :
:
KITCHEN KAPERS, INC.,                         :
:
:
                            Defendants.      :
-----------------------------------------------------------------x

Now comes the Plaintiff Michelle Tenzer-Fuchs, by and through counsel, to provide notice to the Court that the present case has been settled in principle between Plaintiff and Defendant and state:

1. A Settlement Agreement ("Agreement") is in the process of being finalized amongst the parties. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for sixty (60) days to assure that the Agreement is executed, and that the settlement payment has been cleared.

Dated:   Forest Hills, New York
         October 30, 2020

                                                      Respectfully submitted,